When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *see Miller–El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. *Slack,* 529 U.S. at 484–85, 120 S.Ct. 1595. We have independently reviewed the record and conclude that Romero–Alarcon has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

L. Ruther, Appellant Pro Se.

Before NIEMEYER, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

L. Ruther appeals the district court's order in his civil action denying his motion to recuse the district judge. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ruther v. Contreras,* No. 3:09–cv–00495–RLW (E.D.Va. Oct. 16, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**L. RUTHER, Plaintiff—Appellant,**

v.

**Cecelia CONTRERAS; Mark Simmons, Defendants—Appellees.**

No. 10–1635.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 30, 2010.

Decided: Oct. 7, 2010.

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Anthony Daeshawn BATTLE, Defendant—Appellant.**

No. 09–5200.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 30, 2010.

Decided: Oct. 7, 2010.